# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-11855-MDC

SCOTT M ALEXAKI

720 W VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SCOTT M ALEXAKI

720 W VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406

Counsel for debtor(s), by electronic notice only.

    DANIEL P MUDRICK
    325 SENTRY PARKWAY EAST
    BLDG 5 WEST- STE 320
    BLUE BELL, PA 19422-

Date: 6/13/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee