# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Scott M. Alexaki
         Bankruptcy No. 19-11855MDC
         Adversary No.
         Chapter        13

                                          Date:   August 12, 2019

To:           Daniel Mudrick, Esq.

### NOTICE OF INACCURATE FILING

         Re:  Proposed Order (attachment to docket #33)

The above pleading was filed in this office on **8/12/19 .**  Please be advised that the following document(s)
filed contains a deficiency as set forth below:

         ()      Debtor's name does not match case number listed
         ()      Debtor's name and case number are missing
         ()      Wrong PDF document attached
         ()      PDF document  not legible
         ()      Notice of Motion/Objection
         ()      Electronic Signature missing
         (x)     Other: Judge's last name spelled incorrectly

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days
from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail
address of **qc@paeb.uscourts.gov** .  Otherwise, the matter will be referred to the Court.

                                          Timothy B. McGrath
                                          Clerk

                                          By:  **Randi Janoff**
                                          Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04