# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       SCOTT M. ALEXAKI       :       CHAPTER 13
                                    :       NO. 19-11855MDC

## ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay, Debtor's response thereto and after notice and hearing thereon, it is hereby

ORDERED that Select Portfolio Servicing, Inc.'s Motion for Relief from Automatic Stay is hereby DENIED.

                                                             _____
                                                             MAGDELINE D. COLEMAN,
                                                             Chief United States Bankruptcy Judge