# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Scott M. Alexaki,<br>                Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>                Movant,<br>vs.<br>Scott M. Alexaki,<br>                Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                Trustee / Respondent. | Case No.: 19-11855-mdc |

**ORDER**

IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 30, 2019 with regard to the above matter is APPROVED.

September 10, 2019

*Magdeline D. Coleman*
_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

217913-16