United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-11855-mdc
Scott M Alexaki                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi              Page 1 of 1              Date Rcvd: Sep 10, 2019
                        Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
db         Scott M Alexaki,    720 W Valley Forge Road,    King of Prussia, PA  19406-1573

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
     ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
     Deutsche Bank National Trust Company alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
     DANIEL P. MUDRICK    on behalf of Debtor Scott M Alexaki dpmudrick@verizon.net,
     G30229@notify.cincompass.com
     REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL    ASSOCIATION
     bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
     philaecf@gmail.com
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                           TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Scott M. Alexaki,<br>                Debtor, | Chapter 13 |
| Select Portfolio Servicing, Inc. as servicing agent for Deutsche Bank National Trust Company, as trustee, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR8,<br>                Movant,<br>vs.<br>Scott M. Alexaki,<br>                Debtor / Respondent,<br>and<br>William C. Miller, Esq.,<br>                Trustee / Respondent. | Case No.: 19-11855-mdc |

**ORDER**
_____

      IT IS HEREBY ORDERED that the Stipulation of Settlement filed on August 30, 2019 with regard to the above matter is APPROVED.

September 10, 2019

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

217913-16