UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
SCOTT M ALEXAKI

Chapter 13

Debtor

Bankruptcy No. 19-11855-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

11/21/2019

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DANIEL P MUDRICK  
325 SENTRY PARKWAY EAST  
BLDG 5 WEST- STE 320  
BLUE BELL, PA 19422-

Debtor:  
SCOTT M ALEXAKI

720 W VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406