United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11855-mdc
Scott M Alexaki                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi              Page 1 of 2           Date Rcvd: Nov 22, 2019
                              Form ID: pdf900          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2019.
db            Scott M Alexaki,    720 W Valley Forge Road,    King of Prussia, PA  19406-1573
14311442     +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
14300440      DEUTSCHE BANK NATIONAL TRUST,    3415 Vision Dr,    Columbus, OH  43219-6009
14300441      ECKERT SEAMANS CHERIN & MELLOTT, LLC,    2 LIBERTY PL # 50S,    Philadelphia, PA  19019
14336951     +PNC BANK N.A.,   PO BOX 94982,    CLEVELAND, OH 44101-4982
14336178     +PNC NA,   c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
               Philadelphia, PA 19106-1541
14300442      WAMU MORTGAGE PASS-THROUGH CERTS,    3415 Vision Dr,    Columbus, OH  43219-6009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: megan.harper@phila.gov Nov 23 2019 03:26:10      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 23 2019 03:25:22
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 23 2019 03:25:59      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 03:34:28      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14321062     +E-mail/Text: bankruptcy@cavps.com Nov 23 2019 03:25:54      Cavalry SPV I, LLC,
               500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14337090      E-mail/Text: jennifer.chacon@spservicing.com Nov 23 2019 03:26:51
               Deutsche Bank National Trust Company, as trustee,    c/o Select Portfolio Servicing, Inc.,
               P.O. Box 65250,    Salt Lake City, UT 84165-0250
14333500      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 03:33:58      LVNV Funding, LLC,
               c/o Resurgent Capital Services,    PO BOX 10587,    Greenville, SC 29603-0587
14332853     +E-mail/Text: bankruptcydpt@mcmcg.com Nov 23 2019 03:25:42      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14336921      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 23 2019 03:33:59
               Pinnacle Credit Services, LLC,    Resurgent Capital Services,    PO Box 10587,
               Greenville, SC 29603-0587
14335305      E-mail/Text: bnc-quantum@quantum3group.com Nov 23 2019 03:25:08
               Quantum3 Group LLC as agent for,    Cascade Capital LLC Series B,    PO Box 788,
               Kirkland, WA  98083-0788
14295577     +E-mail/PDF: gecsedi@recoverycorp.com Nov 23 2019 03:34:28      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14300439      19-11855
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2019 at the address(es) listed below:
              ANDREW M. LUBIN    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicing agent for
               Deutsche Bank National Trust Company alubin@milsteadlaw.com, bkecf@milsteadlaw.com
              DANIEL P. MUDRICK    on behalf of Debtor Scott M Alexaki dpmudrick@verizon.net,
               G30229@notify.cincompass.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-2           User: Randi                 Page 2 of 2                  Date Rcvd: Nov 22, 2019
                               Form ID: pdf900             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                      TOTAL: 6

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
SCOTT M ALEXAKI

Chapter 13

Debtor

Bankruptcy No. 19-11855-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

11/21/2019

Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA 19105

Debtor's Attorney:  
DANIEL P MUDRICK  
325 SENTRY PARKWAY EAST  
BLDG 5 WEST- STE 320  
BLUE BELL, PA 19422-

Debtor:  
SCOTT M ALEXAKI

720 W VALLEY FORGE ROAD

KING OF PRUSSIA, PA 19406